UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

49170

Morton & Craig LLC

John R. Morton, Jr., Esq.

110 Marter Avenue

Suite 301

Moorestown, NJ 08057

Attorney for AmeriCredit Financial Services, Inc.,
d/b/a GM Financial

**Order Filed on February 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

RICHARD HABERSTROH

Case No.: 19-18069

Adv. No.:

Hearing Date: 12-4-19

Judge:  CMG

### ORDER RESOLVING OBJECTION TO CONFIRMATION OF AMERICREDIT FINANCIAL SERVICES, INC., D/B/A GM FINANCIAL

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 18, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Richard Haberstroh**
**19-18069(CMG)**
**Order resolving objection to confirmation of AmeriCredit Financial Services, Inc., d/b/a**
**GM Financial**
**Page 2**


This matter having been brought on before this Court on objection to confirmation filed by John R. Morton, Jr., Esq., attorney for AmeriCredit Financial Services, Inc., d/b/a GM Financial, with the appearance of George Veitengruber, III, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. AmeriCredit Financial Services, Inc., d/b/a GM Financial is unaffected by the plan and shall retain its lien on the vehicle after confirmation.  In the event the plan completes before debtor's loan with GM Financial is paid in full, then the loan shall not be discharged and the title to the vehicle will not be released to the debtor until such time as the loan is paid in full by the debtor according to its terms.  The terms of this order shall be deemed to modify debtor's Chapter 13 Plan.