UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
49170
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for AmeriCredit Financial Services, Inc., d/b/a GM Financial

In Re:

RICHARD HABERSTROH



**Order Filed on February 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-18069

Adv. No.:

Hearing Date: 12-4-19

Judge:  CMG

# ORDER RESOLVING OBJECTION TO CONFIRMATION OF AMERICREDIT FINANCIAL SERVICES, INC., D/B/A GM FINANCIAL

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 18, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Richard Haberstroh**
**19-18069(CMG)**
**Order resolving objection to confirmation of AmeriCredit Financial Services, Inc., d/b/a GM Financial**
**Page 2**

This matter having been brought on before this Court on objection to confirmation filed by John R. Morton, Jr., Esq., attorney for AmeriCredit Financial Services, Inc., d/b/a GM Financial, with the appearance of George Veitengruber, III, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. AmeriCredit Financial Services, Inc., d/b/a GM Financial is unaffected by the plan and shall retain its lien on the vehicle after confirmation. In the event the plan completes before debtor's loan with GM Financial is paid in full, then the loan shall not be discharged and the title to the vehicle will not be released to the debtor until such time as the loan is paid in full by the debtor according to its terms. The terms of this order shall be deemed to modify debtor's Chapter 13 Plan.

United States Bankruptcy Court
District of New Jersey

In re:  
Richard Haberstroh  
      Debtor

Case No. 19-18069-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 19, 2020  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2020.  
db           +Richard Haberstroh,   7 Alpine Road,    Holmdel, NJ 07733-2722

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2020 at the address(es) listed below:

         Albert   Russo    docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         George E Veitengruber, III    on behalf of Debtor Richard   Haberstroh    bankruptcy@veitengruberlaw.com, knapolitano15@gmail.com  
         John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                TOTAL: 6