UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

50723
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for AmeriCredit Financial Services, Inc., d/b/a GM Financial

**Order Filed on May 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

RICHARD HABERSTROH

Case No.: 19-18069

Adv. No.:

Hearing Date: 4-7-20

Judge: CMG

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: May 4, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Richard Haberstroh**
**19-18096(CMG)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief and co-debtor stay relief filed by John R. Morton, Jr., Esq., attorney for AmeriCredit Financial Services, Inc., d/b/a GM Financial, with the appearance of George Veitengruber, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney, and the non-filing co-debtor, Claudia S. Haberstroh under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That AmeriCredit Financial Services, Inc., d/b/a GM Financial is the holder of a first purchase money security interest encumbering a 2012 NISSAN ALTIMA bearing vehicle identification number 1N4AL2AP9CC159451 (hereinafter the "vehicle").

2. **Curing arrears:** At the hearing, the debtor was $638 in arrears to GM Financial. The debtor shall the of arrears of $638 by making cure payments of $488.78 to GM Financial for four consecutive months, beginning 4-14-20. If the debtor fails to make any payment for a period of 30 days after it falls due (being the 14th day of each month), AmeriCredit Financial Services, Inc., d/b/a GM Financial shall receive stay relief and co-debtor stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney and the non-filing co-debtor, Claudia S. Haberstroh.

3. After curing arrears, the debtor shall make all retail installment contract payments to AmeriCredit Financial Services, Inc., d/b/a GM Financial when due, being the 14th day of each month. In the event the debtor fails to make any payment for a period of 30 days after it falls due, AmeriCredit Financial Services, Inc., d/b/a GM Financial shall receive stay relief and co-debtor stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney and the non-filing co-debtor, Claudia Haberstroh.

4. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. In the event of a lapse of insurance for any period of time without intervening coverage, AmeriCredit Financial Services, Inc., d/b/a GM Financial shall receive stay relief and co-debtor stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtor and his attorney and the non-filing co-debtor, Claudia Haberstroh.

5. The debtor shall pay to AmeriCredit Financial Services, Inc., d/b/a GM Financial through the plan, a counsel fee of $531 which shall be paid by the trustee as an administrative priority expense.