| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | Case No: _19-18069 CMG_ |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC | Chapter: _13_<br><br>Judge: Christine M. Gravelle |

In re:
Richard Haberstroh
                                      Debtor

Claudia Haberstroh
                                      Co-Debtor

Order Filed on January 14, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|
|  |  |  |

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: January 14, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of  Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC, under Bankruptcy Code section 362(a) and 1301 (c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■        Real Property More Fully Described as:

**Land and premises commonly known as 7 Alpine Rd, Holmdel NJ 07733**

☐        Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.