UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on May 6, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Richard Haberstroh

| | |
|---|---|
| Case No.: | 19-18069-CMG |
| Hearing Date: | 5/5/21 |
| Judge: | 19-18069-CMG |
| Chapter: | 13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: May 6, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of _____ The debtor _____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ☐ An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order. If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within __15__ days for closing eligibility. The case may be closed upon entry of the discharge. Debtors Certification in Support of Discharge to be filed with in 10 days from entry of this order.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*Rev. 5/1/2019*